IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Linda Cathernine Whitney

    Plaintiff,                       No. CIV S-04-1722 CMK

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,      ORDER TO SHOW CAUSE

    Defendant.
_____/

       Plaintiff is proceeding pro se in this action challenging a denial of benefits by the Commissioner of Social Security. Her petition to proceed in forma pauperis was granted on August 23, 2004 and the case was filed.

       The parties were directed to return to the Clerk, within ninety days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and plaintiff failed to return the form.

       Defendant has filed an answer in this action. Pursuant to the scheduling order, the time has now passed for plaintiff to file a motion for summary judgment and/or motion for remand. The parties were advised in the scheduling order that the court is not responsible for reminding them of scheduling deadlines and that failure to adhere to the schedule may result in sanctions, including dismissal. L.R. 11-110. Plaintiff also was advised that plaintiff has an

1

1  affirmative duty to prosecute this action, and that failure to do so may result in a dismissal for
2  lack of prosecution.  Fed. R. Civ. P. 41(b).
3          Accordingly,  IT IS HEREBY ORDERED that plaintiff show cause, in writing,
4  no later than ten days from the date of this order, why:
5          1. The consent form was not timely returned to the Clerk and;
6          2.  This action should not be dismissed for failure to prosecute.  Failure to do so
7  may result in a recommendation that this action be dismissed.
8  DATED:  October 17, 2005.

                                           _____
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE

2